RYAN ALEXANDER, ESQ.
Nevada Bar No. 10845
RICHARD ENGLEMANN, ESQ.
Nevada Bar No. 6965
RYAN ALEXANDER, CHTD.
3017 W.t Charleston Blvd., Ste. 10
Las Vegas, Nevada 89102
Telephone: (702) 868-3311
Facsimile: (702) 822-1133
ryan@ryanalexander.com
richard@ryanalexander.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JILL HARRISON, an Individual;<br>　　　　　Plaintiff,<br>vs.<br>THE HERTZ CORPORATION, a Delaware Corporation, DOES I - X, Inclusive, and ROE Corporations I - X, Inclusive,<br>　　　　　Defendants. | Case No.: 2:24-cv-502<br><br>**STIPULATTION AND ORDER TO DISMISS WITH PREJUDICE UNDER FRCP 41(a)(1)(ii)** |

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, by and through their respective counsel of record, that the above-entitled action be dismissed with prejudice, and that an Order be entered into accordingly, each party to bear their own attorneys' fees and costs.

**IT IS SO STIPULATED**

Dated May 29, 2025

RYAN ALEXANDER, CHTD.

_____
RYAN ALEXANDER, ESQ.
Nevada Bar No. 10845
RICHARD ENGLEMANN, ESQ.
Nevada Bar No. 6965
3017 W.t Charleston Blvd., Ste. 10
Las Vegas, Nevada 89102
*Attorneys for Plaintiff*

Dated May 29, 2025

PISANELLI BICE PLLC

*/s/ Jeffrey Huelskamp (Pro Hac Vice)*
JAMES J. PISANELLI, ESQ.
Nevada Bar No. 4027
M. MAGALI MERCERA, ESQ.
Nevada Bar No. 11742
400 S. 7th Street, Ste. 300
Las Vegas, Nevada 89101
*Attorneys for Defendant*

**IT IS SO ORDERED** The above-entitled action be dismissed with prejudice, and that an Order be entered into accordingly, each party to bear their own attorneys' fees and costs.

_____
UNITED STATES DISTRICT JUDGE

DATED: ___May 29, 2025___

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5, I hereby certify that I am an employee of RYAN ALEXANDER CHTD., and that on May 29, 2025, I caused a true and correct copy of the above and foregoing document entitled, *Stipulation and Order to Dismiss with Prejudice,* to be served via ELECTRONIC SERVICE, on the party(s) set forth below:

☒  CM/ECF – Electronic service.

William C. O'Neil
Jeffrey J. Huelskamp
WINSTON & STRAWN
35 @. Wacker Dr.
Chicago, IL 60601-9703
woneil@winston.com
jhuelskamp@winston.com

James J. Pisanelli, Esq.
M. Magali Mercera, Esq.
PISANELLI BICE PLLC
400 S. 7th Street, Ste. 300
Las Vegas, Nevada 89101
jjp@pisanellibice.com
mmm@pisanellibice.com
*Attorneys for the Hertz Corporation*

☐  MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

☐  PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐  OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via UNITED PARCEL SERVICE.

I declare under penalty of perjury under the laws of the State of Nevada that the above is true and correct. Executed on May 29, 2025 in Las Vegas, Nevada.

　　　　　　　　　　　　　　　　　　　*/s/ Edwardo Martinez*
　　　　　　　　　　　　　　　　　　　An employee of Ryan Alexander, Chtd.

5/29/25, 8:25 AM                    Ryan Alexander, Chtd. Mail - Fwd: FW: Jill Harrison v. The Hertz Corporation (Settlement Communication; Rule 408)

Case 2:24-cv-00502-GMN-BNW    Document 22    Filed 05/29/25    Page 4 of 4



Edwardo Martinez <edwardo@ryanalexander.com>

---

**Fwd: FW: Jill Harrison v. The Hertz Corporation (Settlement Communication; Rule 408)**

---

**Huelskamp, Jeffrey J.** <JHuelskamp@winston.com>
To: Edwardo Martinez <edwardo@ryanalexander.com>
Cc: "Sutton, Emma" <ESutton@winston.com>, Magali Mercera <mmm@pisanellibice.com>, "Ryan Alexander, Esq." <ryan@ryanalexander.com>

This looks good. Please apply my signature. Thank you.

---

**From:** Edwardo Martinez <edwardo@ryanalexander.com>
**Sent:** Wednesday, May 28, 2025 5:34:54 PM
**To:** Huelskamp, Jeffrey J. <JHuelskamp@winston.com>
**Cc:** Sutton, Emma <ESutton@winston.com>; Magali Mercera <mmm@pisanellibice.com>; Ryan Alexander, Esq. <ryan@ryanalexander.com>
**Subject:** Re: Jill Harrison v. The Hertz Corporation (Settlement Communication; Rule 408)

Good afternoon, Jeffrey:

Please find attached the SAO to Dismiss for your review. Please let us know of any changes, if any. If you approve, please sign and return to our office, or let us know if we have your permission to affix your ele

Thank you for your attention to this matter. If you have any questions or concerns, do not hesitate to contact our office.

Best regards,

**Edward Martinez, Paralegal**
Ryan Alexander, Chtd.
3017 W. Charleston Blvd., Ste. 10
Las Vegas, Nevada 89102
Telephone: (702) 868-3311
Facsimile: (702) 822-1133